FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
~~WESTERN~~ Eastern DISTRICT OF ARKANSAS
~~HOT SPRINGS~~ Little Rock ~~Central~~ DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 03 2023
By: TAMMY H. DOWNS, CLERK
_____ DEP CLERK

Calvin W. Terry III
(Enter above the full name of the Plaintiff in this action.)

Prisoner ID No. 116765
(Do Not Put Your Social Security Number)

V.

CASE NO. 4:23-cv-00169-BRW

Faulkner County Deputie(s)
Faulkner County Sergeant      (To be identified as I have not yet received)
Faulkner County Sheriff        Discovery in the corresponding case number
(Enter above the full name of the Defendant, or Defendants, in this action.)

### I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓

B. If your answer to A is yes, describe each lawsuit in the space below including the <u>exact Plaintiff name or alias used</u>. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit

Plaintiffs: _____

Defendants: _____

_____

2. Court (if federal court, name the district; if state, name the county):

_____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

(Revised 04/2015)

This case assigned to District Judge Wilson
and to Magistrate Judge Volpe

II. Place of Present Confinement: ACC Malvern, Omega Unit

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

    A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes ✓      No ____

    B. If your answer is YES, attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

    C. If your answer is NO, explain why not: Electronic Kiosk Grievance, Faulkner County Detention Center, answered by Sgt. Watkins, stated he/she could do nothing with the information I gave.

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

    A. Your Full Name: Calvin W. Terry III

        Address: ACC. Omega Unit, Malvern, AR.

(Alternate) 61 Oak Forest Loop, Maumelle, AR. 72213

(In Item B below, place the **full** name of the Defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

**Do Not List Witnesses.**

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

B. Read carefully and fill out all information sought.

    <u>1. Defendant #1</u>

    Full Name: ____

    Position: Faulkner County Deputy   Case # 23 CR-23-28

    Place of Employment: Faulkner County Sheriff's Office

    Address: Locust St., Conway, AR. 72032

**2. Defendant #2**

Full Name: _____

Position: Faulkner County Sergeant  Case # 23CR-23-28

Place of Employment: Faulkner County Sheriffs Office

Address: Locust St., Conway, AR 72032

**3. Defendant #3**

Full Name: ‡ CURTIS

Position: Faulkner County Sheriff

Place of Employment: Faulkner County Sheriffs Office

Address: Locust St., Conway, AR 72032

**4. Defendant #4**

Full Name: _____

Position: _____

Place of Employment: _____

Address: _____

**5. Defendant #5**

Full Name: _____

Position: _____

Place of Employment: _____

Address: _____

**6. Defendant #6**

Full Name: _____

Position: _____

Place of Employment: _____

Address: _____

_____

V.   At the time of the alleged incident(s), were you:
     (check the appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges
__✓__ serving a sentence as a result of a judgment of conviction
_____ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: was on parole _____

_____

Please provide the date of your conviction or probation or parole revocation:

Convicted 10-16-17 _____

VI.  **Statement of Claim**

State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.

With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

**Claim Number # 1:**

Type of Claim (for example: excessive force, denial of medical care, etc.):

Excessive use of force, Illegal search and seizure, false imprisonment.

Date of the Occurrence: 1-11-23

Name of each Defendant involved: Faulkner County Deputy, Faulkner County Sergeant

_____

_____

(A) With respect to Defendant (Name) Faulkner County Deputy, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.

This deputy initiated an illegal traffic stop, seized my vehicle and kneed/elbow blowed/assaulted me numerous times after I complied (peacefully) with his verbal commands to submit to arrest.

-4-

_____
_____
_____

**Are you suing this Defendant in his or her:** (check the appropriate blank)

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

✓   both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Deputy 1 violated my constitutional rights by seizing my property without cause, taking me into custody illegally, and exerting physical violence against me with malicious intent by striking my body with his elbows and knees after I willfully and peacefully submitted to his orders to get on the ground with my hands up.

**(B) With respect to Defendant (Name)** Faulkner County Sergeant**, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.**

This Sergeant assisted deputy 1 in seizing my property illegally, illegally detaining me, and after deputy 1 ordered me to submit to arrest and I complied, this sergeant maliciously struck me on the head with closed fist numerous times with the intent to cause bodily harm.

_____

**Are you suing this Defendant in his or her:** (check the appropriate blank)

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

✓   both official and personal capacity

-5-

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

This officer/deputy/sergent violated my constitional right to be free from excessive use of force, unlawful detainment and illegal search and seizure of my property. I suffer physical head pain and trauma as a result of his hitting me in my head repeatedly, and financial damage in property and custody loss.

(C) With respect to Defendant (Name) __Faulkner County Sheriff__, describe the acts or omissions of __this__ Defendant that form the basis for claim #1 and any harm caused by it.

This sheriff failed to institute, train and/or correct his officers from violating my civil rights under the bill of rights resulting in my rights being violated. I suffer from head injury and financial injury in the form of property and freedom loss.

---

Are you suing __this__ Defendant in his or her: (check the appropriate blank)

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

__✓__ both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Sheriff failed to institute and correct actions by his officers that resulted in my constitutional rights being violated. It is his official and personal duty to act to train and correct his officers actions to avoid rights violations and injury his officers accrue.

(D) With respect to Defendant (Name) ___N/A___, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #1 and any harm caused by it.

_____

_____

_____

_____

_____

_____

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

____ both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

**Claim Number # 2:**

Type of Claim (for example: excessive force, denial of medical care, etc.):

_____N/A_____

_____

Date of the Occurrence: _____

Name of each Defendant involved: _____

_____

_____

(A) With respect to Defendant (Name) _____, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #2 and any harm caused by it.

_____
_____
_____
_____
_____
_____
_____

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_____   both official and personal capacity

<u>If you are asserting an official capacity claim,</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____
_____

(B) With respect to Defendant (Name) _____, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #2 and any harm caused by it.

_____
_____
_____
_____
_____
_____

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_____   both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____

(C)  With respect to Defendant (Name) _____, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #2 and any harm caused by it.

_____
_____
_____
_____
_____
_____

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_____   both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____
_____

(D)  With respect to Defendant (Name) _____, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #2 and any harm caused by it.

_____
_____
_____
_____
_____
_____
_____

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

\_\_\_\_    official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

\_\_\_\_    personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

\_\_\_\_    both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____
_____

**Claim Number # 3:**

**Type of Claim (for example: excessive force, denial of medical care, etc.):**

_____

_____

**Date of the Occurrence:** _____

**Name of each Defendant involved:** _____

_____

_____

_____

**(A)   With respect to Defendant (Name)** _____**, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #3 and any harm caused by it.**

_____

_____

_____

_____

_____

**Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)**

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_____   both official and personal capacity

<u>**If you are asserting an official capacity claim,**</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

**(B) With respect to Defendant (Name)** _____, **describe the acts or omissions of this Defendant that form the basis for claim #3 and any harm caused by it.**

_____
_____
_____
_____
_____
_____
_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

____    official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

____    personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

____    both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____
_____
_____
_____
_____
_____
_____

**(C) With respect to Defendant (Name)** _____, **describe the acts or omissions of this Defendant that form the basis for claim #3 and any harm caused by it.**

_____
_____
_____
_____
_____
_____
_____

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

\_\_\_\_  official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

\_\_\_\_  personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

\_\_\_\_  both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____

(D) With respect to Defendant (Name) _____, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #3 and any harm caused by it.

_____
_____
_____
_____
_____
_____

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

\_\_\_\_  official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

\_\_\_\_  personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

\_\_\_\_  both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____

_____

_____

_____

_____

_____

**Claim Number # 4:**

**Type of Claim (for example: excessive force, denial of medical care, etc.):**

_____

_____

**Date of the Occurrence:** _____

**Name of each Defendant involved:** _____

_____

_____

_____

**(A) With respect to Defendant (Name)** _____**, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #4 and any harm caused by it.**

_____

_____

_____

_____

_____

**Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)**

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

_____   both official and personal capacity

**<u>If you are asserting an official capacity claim,</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

**(B) With respect to Defendant (Name)** _____, **describe the acts or omissions of this Defendant that form the basis for claim #4 and any harm caused by it.**

_____

_____

_____

_____

_____

_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

____    official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

____    personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

____    both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

**(C) With respect to Defendant (Name)** _____, **describe the acts or omissions of this Defendant that form the basis for claim #4 and any harm caused by it.**

_____

_____

_____

_____
_____
_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

\_\_\_\_   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

\_\_\_\_   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

\_\_\_\_   both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____

**(D)  With respect to Defendant (Name)** _____, **describe the acts or omissions of this Defendant that form the basis for claim #4 and any harm caused by it.**

_____
_____
_____
_____
_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

\_\_\_\_   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

\_\_\_\_   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

\_\_\_\_   both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____
_____

VII. **Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓ Punitive damages (designed to punish a Defendant for engaging in misconduct and deter a Defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

Deputy(s) 1 and Sergeant should undergo extensive de-escalation training, should be suspended without pay, and write a hand written letter of apology to me to be delivered personally. Sheriff should institute intensive training to deter occurrences of this type of behavior from deputies under his authority.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 26 day of February, 20___.

Calvin W. Terry III
Printed Name of Plaintiff

_____
Signature of Plaintiff

**PLEASE COMPLETE THE FOLLOWING INFORMATION AND RETURN IT TO THE UNITED STATES DISTRICT CLERK'S OFFICE.**

UNITED STATES DISTRICT COURT
~~Eastern~~ Eastern ~~WESTERN~~ DISTRICT OF ARKANSAS
cutt

The Clerks's Office has provided me with a copy of the **Notice of Electronic Availability of Case Information**. (See Federal Rules of Civil Procedure § 5.2.)

Calvin W. Terry III
Printed Name

_____
Signed Name

2-26-23
Date


_____
Case Number (If Known)

Calvin Terry #116765
104 Walco Lane Bks. 6
Malvern, AR 72104

Legal Mail

Legal Mail

U.S. District Court
Eastern District - Little Rock Di
Attn. Pro Se Clerk
200 West Capitol Ave
Little Rock, AR 72201