Case 4:23-cv-00169-LPR   Document 17   Filed 10/09/25   Page 1 of 5

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 09 2025

TAMMY H. DOWNS, CLERK
By: _____ DEPUTY CLERK

Calvin Terry    U.S. District Court    Deputy Ty Everett Faulkner County
                                        Et. al
Plaintiff                               Defendants Deputy Everett
          4:23-cv-00169-LPR             et. al    C.T.

## Petition for Emergency Injunction

Dear officer of the Clerk, I, Calvin Terry have an ongoing criminal case in Faulkner County, for which I am also representing myself pro-se. I am in need of Emergency Assistance and Federal oversight in this case. My Civil case previously under Hon. Billy Ray Wilson (ret.) has been put off until the outcome of the case in Faulkner County 23CR.23-38. I do not have access to the case number, in US. Court, the offense was on 1-11-23 and I believe the Defendants are listed as Calvin W. Terry v.s. Deputy Ty Everett, Deputy Gulley, Mayflower Lt. Decker, and Sheriff Tim Ryals.

Deputy Gulley, now Maumelle P.D., after being named in this court's lawsuit, perjured himself in my criminal case during his examination by me in a Supression hearing. Since leaving F.C.S.O., and becoming Maumelle P.D., he injected himself into an invalidated traffic stop 4 weeks ago.

1 of 4

<u>Petition for Emergency Injunction- Cont...</u>
Where I was charged with possession of drugs I didn't possess. Officer Gulley showed up at the traffic stop, then at Maumelle PD and stated "This will look good on your up coming trial" holding drugs and a glass pipe. I was cited and released after I spoke to an investigator who said he was FBI, flashed a badge and I talked to him about Officer Gulley planting drugs. I checked into a rehab facility in Oak Grove, Natural State Recovery Center. 5 days later NSRC transported me to my parole office to report to my DCC supv. Officer Thompson in N. Little Rock. Again I saw Officer Gulley enter the parole office with paperwork and after a few minutes he exited with my P.O., and as she called my name he looked up obviously startled. My P.O. gave me another report date and let me go. When I returned to the Rehab, the transport coordinator called Maumelle district court to verify my next court date. Court Connect showed the case closed, she said District Court had no case against me.         2004

## Petition for Emergency Injunction Cont.....

She then called Pulaski Circuit Clerk, again no case against me. I showed up 3 days later to Faulkner County for my next court date, with the Rehab Program Director, as I was in inpatient Medical Care. The prosecutor said that I have a petition to revoke bond from a Maumelle traffic stop. I dont believe the Investigator was FBI, I believe he was a Maumelle P.D. Investigator posing as an Federal Agent, and was working with the Rogue officer "Gulley". The Judge said I needed to be "taken off the streets" and drug tested because I exhibited "signs of being under the influence of drugs", he then revoked my bond (2nd time) and ordered me tested. I was brought here and tested negative on all panels, I've been held here with no bond, no paperwork of any charges in Maumelle. My P.O. put a hold on me for the Maumelle stop that was now showing up online, I went to hearing with Judge Moore. The officer's statement was conflicting and insufficient evidence it was deferred. 3×4

## Petition for Emergency Injunction

I believe Judge HG Foster conspired with Prosecutor Franklin, who conspired with Officer Gulley, who conspired with Maumelle Investigator Sanders, who impersonated a Federal Agent, all conspired to have me incarcerated to hold me in here past my 30 day cut off before trial, so that I can't F.O.I.A. Ark. State police camera footage that shows their (Defendants in Your court) violating my rights attempting to kill me in a chase instigated by an illegal traffic stop, then the defendants using excessive use of force at my arrest. I need help please, I don't feel safe here and I have no one else. I've had family try to contact FBI Little Rock but no answer.

Oct. 3, 2025

Respectfully Submitted,
x _____
Calvin W Terry III
# 160690

4 - of 4

Calvin W. Terry III #160690
500 S. German Lane
Conway, AR 72034

LITTLE ROCK AR 720
Legal
8 OCT 2025 AM 4 L

U.S. District Court
Attn - Office of the Clerk (Lexie)
600 W. Capitol Ave. Ste 149 A
Little Rock AR 72201

72201-339919