

Calvin Terry    U.S. District Court - Eastern Dist.    DOES
Plaintiff    Case # 4:23-cv-00169-LPR    Defendants

Refreshen / Addendum

Comes Now Plaintiff, Calvin W. Terry III, the following clarifications and requests to the court;

1. Plaintiff realizes in his recent Request for Emergency (preliminary) Injunction, he did not specifically state relief he is seeking from the court, and asserts as follows:

    A. Due to facts stated therein, plaintiff asks this court remove him from Faulkner County Detention Center, as there is no lawful reason for detention.

    B. Plaintiff asks that Maumelle P.D. be notified of Officer Gulley's actions and be placed on paid leave pending internal and external investigation.

    C. Investigator Sanders of Maumelle PD also be placed on paid leave pending external investigation for accusation of Impersonating Federal Agent.

Plaintiff prays this court grant preliminary Injunction for the above stated relief, and all other relief it deems just and proper.

Oct. 21, 2025     x_____

Respectfully Submitted, Calvin W. Terry III